# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER LEE MULLETT,<br><br>Defendant | Case No.: 22-CR-1065-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING / TRIAL SETTING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Honorable Janis L. Sammartino |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing and Trial Setting currently scheduled for November 10, 2022, be continued to December 9, 2022, at 1:30 PM. For the reasons stated in the joint motion, time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h).

IT IS SO ORDERED.

Dated: November 8, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge